```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
COLLEEN ROCHE,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :          22-CV-5027 (VSB)
              -against-                                     :
                                                            :                ORDER
5 PENN PLAZA LLC AND CITY MEDICAL                           :
OF UPPER EAST SIDE PLLC,                                    :
                                                            :
                              Defendants.                   :
                                                            X
-----------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 15, 2022, (Doc. 1), and filed an affidavit of service on Defendants 5 Penn Plaza LLC and City Medical of Upper East Side PLLC on July 11, 2022, (Docs. 8–9.)  The deadline for Defendants to respond to Plaintiff's complaint was August 1, 2022.  (*See* Docs. 8–9.)  Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 22, 2022. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 9, 2022
             New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge